In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Real Property Required for the Widening of Houghton and Olmstead Avenues in the Borough of The Bronx.

NASSAU BEEKMAN INVESTING COMPANY, INC., Appellant; CHARLES A. LENT et al., Respondents.

(Submitted January 2, 1935; decided January 8, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 26.)

DAISY WHITTAKER, Appellant, *v.* VILLAGE OF FRANKLIN-VILLE, Respondent.

COY WHITTAKER, Appellant, *v.* VILLAGE OF FRANKLIN-VILLE, Respondent.

(Submitted January 2, 1935; decided January 8, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 11.)

In the Matter of JOHN O. NELSON, Appellant, against HENRY M. CUMMINGS, Respondent.

(Submitted January 4, 1935; decided January 15, 1935.)

*John O. Nelson,* in person, for appellant.
*Henry M. Cummings,* in person, for respondent.
Appeal dismissed, with costs.